CHARLES K. RUDMAN, Appellant, v. MARJORIE L. RUDMAN, Respondent.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Callahan and Van Voorhis, JJ., dissent and vote to modify in the following memorandum: If this action for a separation had been commenced by the wife, it would seem to us that both counsel fee and alimony would have been denied on the ground of lack of sufficient probability of success. Inasmuch as it has been commenced by the husband against the wife, we vote to affirm with respect to the counsel fee award and to modify with respect to alimony *pendente lite,* by denying any alimony *pendente lite* for the support of the wife and to allow her $50 per week for the support of the child. [See *post,* p. 697.]

FRANK LEVINE et al., Respondents, v. JULES L. LOZEA, Appellant.— A review of all the evidence, particularly the writings, leads us to conclude that the finding of the jury to the effect that plaintiffs had brought about a meeting of the minds between the purchaser and the seller on all essential terms of the transaction is contrary to the weight of the credible evidence. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JULIAN LENNY, Respondent, v. JACK POUST & COMPANY, INC., Appellant.— Order unanimously modified by striking out paragraph "4" of the complaint and, as so modified, affirmed, with $10 costs and disbursements to the appellant. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

In the Matter of FANNIE ENGLE, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent,— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Shientag, J., dissents and votes to reverse and grant application to vacate and set aside the order of the State Rent Administrator granting the certificate of eviction.

AETNA INSURANCE COMPANY et al., Respondents, v. STANFORD MIRROR & METAL PRODUCTS CO., INC., Appellant. (Action No. 1.) STANFORD MIRROR & METAL PRODUCTS CO., INC., Appellant, v. AETNA INSURANCE COMPANY, et al., Respondents. (Action No. 2.) — Order affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Callahan and Shientag, JJ., dissent and vote to reverse and deny the motion for consolidation.

KAY EINSTEIN, Respondent, v. PAULSOPH REALTY CORPORATION, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.